# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, Thomas B. | United States District Court - Kentucky | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

501 Broadway, Federal Building
Paducah, KY 42001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | First Investors of Paducah (Investment Club) See additional information |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Thomas B.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account - Paducah Bank | A | Interest | K | T | | | | | |
| 2. Checking Account - Regions Bank | A | Interest | K | T | | | | | |
| 3. -Optimum Fixed Income Fund CI I | C | Dividend | M | T | | | | | |
| 4. -Optimum International fund CI I | A | Dividend | K | T | | | | | |
| 5. -Optimum Large Capital Growth Fd CI I | A | Dividend | M | T | | | | | |
| 6. -Optimum Large Capital Value Fd CI I | B | Dividend | M | T | | | | | |
| 7. -Optimum Small Cap Growth Fd CI Instl | A | Dividend | K | T | | | | | |
| 8. -Optimum Small Cap Value Fd CI I | A | Dividend | K | T | | | | | |
| 9. -Optimum Fixed Income Fund CI I | A | Dividend | K | T | | | | | |
| 10. -Optimum International Fund CI I | A | Dividend | J | T | | | | | |
| 11. -Optimum Large Capital Growth Fd CI I | A | Dividend | J | T | | | | | |
| 12. -Optimum Large Capital Value Fd CI I | A | Dividend | J | T | | | | | |
| 13. -Optimum Small Cap Growth Fd CI Instl | A | Dividend | J | T | | | | | |
| 14. -Optimum Small Cap Value Fd CI I | A | Dividend | J | T | | | | | |
| 15. Savings Acct. Regions Bank | A | Interest | L | T | | | | | |
| 16. Common Stock, Regions Bank | A | Dividend | K | T | | | | | |
| 17. -US Banc (common) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Thomas B.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -IBM (common) | A | Dividend | J | T | | | | | |
| 19. -Cisco Sys (common) | A | Dividend | J | T | | | | | |
| 20. -Intel (common) | A | Dividend | J | T | | | | | |
| 21. -Schlumberge (common) | A | Dividend | J | T | | | | | |
| 22. -Simon P (common) | A | Dividend | J | T | | | | | |
| 23. -Fastenal (common) | A | Dividend | J | T | | | | | |
| 24. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 25. -Coke (common) | A | Dividend | J | T | | | | | |
| 26. -Johnson (common) | A | Dividend | J | T | | | | | |
| 27. -Minnesota (3M) (common) | A | Dividend | J | T | | | | | |
| 28. -Proctor (common) | A | Dividend | J | T | | | | | |
| 29. -CSI (common) | A | Dividend | J | T | | | | | |
| 30. -Exon Mobil (common) | A | Dividend | J | T | | | | | |
| 31. -Apple (common) | A | Dividend | J | T | | | | | |
| 32. -Trinity (TRN) | A | Dividend | J | T | | | | | |
| 33. -Wells Fargo | A | Dividend | J | T | | | | | |
| 34. -Gilead | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Thomas B.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. -Clean | A | Dividend | | | Sold | 10/2020 | J | A | |
| 36. -Plexus | A | Dividend | J | T | | | | | |
| 37. -Ashland (ASH) | A | Dividend | J | T | | | | | |
| 38. -Yum (YUM) | A | Dividend | J | T | | | | | |
| 39. -UTX | A | Dividend | | | Sold | 4/2020 | J | A | |
| 40. -Dollar General | A | Dividend | J | T | | | | | |
| 41. -JP Morgan (JPM) | A | Dividend | J | T | | | | | |
| 42. -Baidu (BIDU) | A | Dividend | J | T | | | | | |
| 43. -Cnooc (CEO) | A | Dividend | J | T | | | | | |
| 44. -Uranium (UEC) | A | Dividend | J | T | | | | | |
| 45. -GOOG (Alphabet) Google | A | Dividend | J | T | | | | | |
| 46. -Kroger | A | Dividend | J | T | | | | | |
| 47. - MA Mastercard | A | Dividend | J | T | | | | | |
| 48. -MDT Medtronic | A | Dividend | J | T | | | | | |
| 49. -Great Western Bancorp (GWB) | A | Dividend | J | T | | | | | |
| 50. -Nike (NKE) | A | Dividend | J | T | | | | | |
| 51. -IQVIA -formerly-Quintiles Hldgs (Q) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Thomas B.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Visa, Inc Class A | A | Dividend | J | T | | | | | |
| 53. -YUM China Holdings | A | Dividend | J | T | | | | | |
| 54. -Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 55. -AT&T, Inc. | A | Dividend | J | T | | | | | |
| 56. -Cannon, Inc. ADRF | A | Dividend | | | Sold | 4/2020 | J | A | |
| 57. -CVS Health Corp. | A | Dividend | J | T | | | | | |
| 58. -Valvoline | A | Dividend | J | T | | | | | |
| 59. -Albermarle Corp (ALB) | A | Dividend | J | T | | | | | |
| 60. -Salesforce.com (CRM) | A | Dividend | J | T | | | | | |
| 61. -American Tower Corp Reit (AMT) | A | Dividend | J | T | | | | | |
| 62. -Paypal Holdings, Inc. (PYPL) | A | Dividend | J | T | | | | | |
| 63. -Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 64. -Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 65. -Enbridge Inc (ENB) | A | Dividend | J | T | | | | | |
| 66. -Arcosa Inc (ACA) | A | Dividend | J | T | | | | | |
| 67. -Occidental Pete Corp (Oxy) | A | Dividend | J | T | | | | | |
| 68. -Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Tencent Holdings (TCEHY) | A | Dividend | J | T | | | | | |
| 70.   -FED EX Co (FDX) | A | Dividend | | | Sold | 9/2020 | J | A | |
| 71.   -Archer Daniels Midland Co. (ADM) | A | Dividend | J | T | | | | | |
| 72.   -Chubb (CB) | A | Dividend | J | T | | | | | |
| 73.   -DTE Energy (DTE) | A | Dividend | J | T | | | | | |
| 74.   -Qualcom (QCOM) | A | Dividend | J | T | | | | | |
| 75.   -American Waterworks (AWK) | A | Dividend | J | T | | | | | |
| 76.   -Nexterm Energy (NEE) | A | Dividend | J | T | | | | | |
| 77.   -Analog Devices Inc. (ADI) | A | Dividend | J | T | Buy | 10/2020 | J | | |
| 78.   -T-Mobile US, Inc. (TMUS) | A | Dividend | J | T | Buy | 10/2020 | J | | |
| 79.   -Carrier Global Corp. (CARR) | A | Dividend | J | T | Buy | 4/2020 | J | | |
| 80.   -Otis Worldwide Corp. (OTIS) | A | Dividend | J | T | Buy | 4/2020 | J | | |
| 81.   -Smucker JM Company New (SJM) | A | Dividend | J | T | Buy | 9/2020 | J | | |
| 82.   -Tyson Foods Inc. (TSN) | A | Dividend | J | T | Buy | 9/2020 | J | | |
| 83.   -Walt Disney (DIS) | A | Dividend | J | T | Buy | 9/2020 | J | | |
| 84.   -Raytheon Technologies (RTX) | A | Dividend | J | T | Buy | 4/2020 | J | | |
| 85.   -Chevron Corp. (CVX) | A | Dividend | J | T | Buy | 12/2019 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Thomas B.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

In October of 1996, I became a member of an investment club known as First Investors of Paducah, which is organized as a partnership. There are 15 partners divided into 7 teams. Each team invests their portion. I only have control over the investment of my team. I do have a 1/15 interest in all of those investments. The individual stocks owned by the partnership are included in the stocks listed in Section VII.

VII. INVESTMENTS AND TRUSTS - Line 85 - Chevron was mistakenly left off of last year's report. It was purchases in Dec. 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B. | 05/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544